UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG CARLSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROCK CLAPPER, et al.,<br><br>Defendants. | Case No.18-cv-07195-VKD<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Counsel for defendants ScanX, Inc. ("ScanX") and Rock Clapper, David Nemecek and The Fortress Law Firm, Inc., moved to withdraw from representation of defendants pursuant to Civil Local Rule 11-5. Dkt. No. 44. The Court conditionally granted that motion and stayed the action through July 26, 2019. Dkt. No. 56. All conditions having been satisfied, the Court lifts the stay and grants counsel's motion to withdraw.

No substitute counsel has appeared for ScanX or Mr. Clapper, nor have defendants requested additional time to obtain new counsel. Although Mr. Clapper may appear pro se and represent himself, ScanX may not do so, as a corporation may appear before the Court only through licensed counsel. Civ. L.R. 3-9(b); *Bright Smart Corp. v. Google, Inc.*, No. 5:15-cv-03962-BLF, 2016 WL 1070667, at *2 (N.D. Cal. Mar. 18, 2016). A court may enter default judgment against a defendant corporation that fails to retain counsel. *United States v. High Country Broad. Co, Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *see also Adobe Sys. Inc. v. Software Tech.*, No. 5:14-cv-02140-RMW, 2015 WL 6956632 (N.D. Cal. Nov. 10, 2015).

Accordingly, Plaintiff Carlson Produce, LLC may apply for an order of default against ScanX pursuant to Rule 55 of the Federal Rules of Civil Procedure and, if default is entered, may file a motion for entry of default judgment.

**IT IS SO ORDERED.**

Dated: July 30, 2019

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge