UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLSON PRODUCE, LLC, <br> Plaintiff, <br> v. <br> ROCK CLAPPER, et al., <br> Defendants. | Case No. 18-cv-07195-VKD <br><br> **ORDER STAYING ACTION FOR 30 DAYS** |

At the March 10, 2020 further case management conference, defendant Rock Clapper appeared pro se and represented that he was in the process of obtaining new counsel for both himself and defendant ScanX, Inc. Dkt. No. 78. Mr. Clapper stated that he hoped to obtain new counsel within the next 30 days. The Court hereby stays the action through **April 9, 2020** to permit Mr. Clapper and ScanX one more opportunity to obtain counsel. Mr. Clapper is reminded that because ScanX is a corporation, it cannot defend itself without licensed counsel, and Mr. Clapper may not represent ScanX, although he may represent himself. Civ. L.R. 3-9(b); *Bright Smart Corp. v. Google, Inc.*, No. 5:15-cv03962-BLF, 2016 WL 1070667, at *2 (N.D. Cal. Mar. 18, 2016).

Mr. Clapper must file a notice no later than **April 10, 2020** advising of the Court of the results of his efforts to obtain counsel.

The Court encourages Mr. Clapper to seek out the assistance of the Federal Pro Se Program, which offers free legal information for pro se litigants. While the Program does not provide legal representation, a licensed attorney may assist Mr. Clapper in obtaining access to the Court's docket through PACER, among other things. The Program's phone number is (408) 297-1480. More information on the Program is available on the Court's website at

https://cand.uscourts.gov/helpcentersj.

Mr. Clapper may also wish to consult a manual the Court has adopted to assist pro se litigants in presenting their cases. An online version of the manual, as well as other free information for pro se litigants, is available on the Court's website at https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: March 10, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge